IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-02042-RBJ

BRYAN THOMAS SPOFFORD,

    Plaintiff,

v.

TRANSTRACHEAL SYSTEMS, INC.,

    Defendant.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five day Bench Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 3, 2017 at 9:00 a.m.**

A Trial Preparation Conference is set for **January 31, 2017 at 1:30 p.m.** Counsel and pro se parties who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 18th day of March, 2016.

                                        BY THE COURT:

                                        _____
                                        Brooke Jackson

	_____
						R. Brooke Jackson
						United States District Judge